■ DALE A. HENRY et al., Respondents, v GENERAL MOTORS CORPORATION, CHEVROLET MOTOR DIVISION, et al., Appellants. (Appeal No. 2.) [609 NYS2d 888] —Appeal unanimously dismissed without costs (see, *Matter of Aho,* 39 NY2d 241, 248; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.